UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| KAIYA MARIE, ) <br> ) <br> Plaintiff, ) <br> ) No. 19 C 50268 <br> v. ) <br> ) Judge Johnston <br> UNITED STATES OF AMERICA and ) Magistrate Judge Jensen <br> ROCKFORD VA CLINIC, ) <br> ) <br> Defendants. |

## **DEFENDANTS' PARTIAL MOTION FOR SUMMARY JUDGMENT**

The defendants, through their attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, move pursuant to Fed. R. Civ. P. 56 for summary judgment in their favor as to the plaintiff's medical malpractice and medical battery claims and submits in support a memorandum, a Local Rule 56.1 statement of facts, and a Local Rule 56.2 notice to *pro se* litigant opposing summary judgment.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By:  s/ Jana L. Brady
 JANA L. BRADY
 Assistant United States Attorney
 327 South Church Street, Suite 3300
 Rockford, Illinois  61101
 (815) 987-4444
 jana.brady@usdoj.gov